COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

 

                                        NO.
2-06-286-CR

 

CHAD SHULKA                                                                   APPELLANT

 

                                                   V.

 

THE STATE OF TEXAS                                                                STATE

 

                                              ------------

 

        FROM
CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------








Appellant Chad Shulka attempts to appeal his conviction for possession
with intent to deliver methamphetamine of 4 grams or more but less than 200
grams.  The trial court=s
certification states that this case Ais a plea-bargain case, and
the defendant has NO right of appeal.@  On August 15, 2006, we informed
Appellant by letter that his appeal was subject to dismissal based on the trial
court=s certification unless he filed a
response showing grounds for continuing the appeal.  See Tex.
R. App. P. 25.2(d), 44.3.  Appellant responded with a letter, personally
signed by appellant, stating that he does not wish to continue his appeal.  Accordingly, we dismiss the appeal.  See Tex.
R. App. P. 25.2(d), 42.2(a), 43.2(f).

 

PER CURIAM

 

PANEL D:   MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

 

DO
NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  September 7, 2006











[1]See Tex.
R. App. P. 47.4.